# UNITED STATES DISTRICT COURT
## Eastern District of California

## Petition to Modify the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing, is on file)*

| | | | |
|---|---|---|---|
| **Name of Offender:** | Jensen Scott | **Docket Number:** | 1:04CR05321-003 |
| **Name of Judicial Officer**: | Senior United States District Judge  Anthony W. Ishii | | |
| **Date of Original Sentence:** | 9/26/2005 | | |

**Original Offense:** 21 U.S.C. § 846 and 841(a)(1) – Conspiracy to Distribute Cocaine Base (CLASS C FELONY)

**Original Sentence:** 121 months custody Bureau of Prisons; 60 month Term of Supervised Release; $100 special assessment. Mandatory drug testing; No firearms.

**Special Conditions**:  Warrantless Search; Drug/Alcohol Treatment; Drug/Alcohol Testing; Aftercare Co-payment; Registration (drug); DNA Collection.

| | |
|---|---|
| **Type of Supervision:** | TSR |
| **Date Supervision Commenced:** | 8/10/2012 |

**Other Court Actions:**
None

---

### PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

7.  The defendant shall complete up to 200 hours of unpaid community service as directed by the probation officer.  The defendant shall pay fees attendant to participation and placement in this program on a sliding scale as determined by the program.  Community service shall be completed by the end of supervision.

**Justification:** Jensen Scott is employed part time with Sacramento County In-Home Supportive Services (IHSS) and provides his mother with in-home care. In addition, Scott is enrolled in online courses at Phoenix University, part time. Although he should be applauded for his willingness to continue his education, it appears Scott lacks direction. He would like to obtain a degree in business management and open his own business, but he is unclear what industry he would like to work in. Further, Scott has a poor employment history and has failed to secure gainful employment while on supervision. The undersigned believes Scott would benefit from community service, as it may provide him with direction and the opportunity to network. Scott has signed a Probation Form 49 agreeing to modify his conditions of supervision to include hours of community service. As such, it is respectfully recommended that the Court modify the releasee's conditions to include 200 hours of community service.

Respectfully submitted,
**/s/ Miranda L. Lutke**

**MIRANDA L. LUTKE**
**United States Probation Officer**
Telephone: (916) 786-2989

**DATED:** 8/5/2014

Reviewed by,
**/s/ Michael A. Sipe**

**MICHAEL A. SIPE**
**Supervising United States Probation Officer**

**THE COURT ORDERS:**

☒  Modification approved as recommended.

☐  Modification not approved at this time.  Probation Officer to contact Court.

☐  Other

IT IS SO ORDERED.

Dated:   August 5, 2014                                    _____
                                                                                    SENIOR  DISTRICT  JUDGE